LAW OFFICES OF
WELTMAN, WEINBERG & REIS CO., L.P.A.
175 South 3rd St., Suite 900
Columbus, OH 43215-5166
(614) 801-2739    (800) 206-8540
Mon-Thurs 8am-9pm, Fri 8am-5pm, & Sat 8am-12pm EST

July 24, 2009    7668290/JEM/322/9201605/0808

GLR VENTURES LLC
3314 LONGWOOD DR
FALLS CHURCH, VA 22041

DISCOVER BANK
Balance:    $7,625.92
Account No. 6011398543978540
Our File No. 7668290

Dear Sir/Madam,

Please be advised that my firm has been retained to represent DFS SERVICES LLC with regard to your past-due obligation. At this time, we are affording you an opportunity to contact our office in order to pay the entire balance due and owing as indicated above or to discuss making satisfactory arrangements to pay it. If we do not hear from you within ten days of the date of this letter, however, our client has authorized us to take the appropriate steps to proceed with the filing of the necessary legal action in order to reduce this claim to judgment. In the event judgment is obtained, execution will issue on the judgment to recover the balance due and owing. We are sure you will agree that it is to your benefit to arrange to voluntarily liquidate this obligation rather than to have your business disrupted by executions issued on a judgment. At this time, however, the decision is yours.

Now that the seriousness of this matter has been brought to your attention, we anticipate your immediate response.

Sincerely,

Weltman, Weinberg & Reis Co., L.P.A.



EXHIBIT
1